**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GUSTAVO CORTES,<br><br>Plaintiff,<br><br>v.<br><br>KERN COUNTY SUPERINTEDNENT OF SCHOOLS, VALLEY OAKS CHARTER SCHOOL – TEHACHAPI,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:18-cv-01355 - LJO - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING THE CLERK TO ISSUE NEW CASE DOCUMENTS<br><br>(Doc. 2) |

Gustavo Cortes initiated this action by filing a complaint and motion to proceed *in forma pauperis*. (Docs. 1, 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the motion and finds the information sufficient to determine that Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a). Accordingly, the Court **ORDERS**:

1. The hearing date of October 5, 2018 is **VACATED**;
2. Plaintiff's motion to proceed *in forma pauperis* is **GRANTED**;
3. The Clerk of Court is DIRECTED to issue summons as to the defendant, Kern County Superintend of Schools-Valley Oaks Charter School, Tehachapi;
4. The Clerk of Court is DIRECTED to issue and serve Plaintiff with New Civil Case

Documents, including the Order regarding Consent, the Consent Form, and USM-285 Forms; and

5. The U.S. Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by Plaintiff in the USM Forms.

IT IS SO ORDERED.

Dated: **October 3, 2018**

**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE