# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUSTAVO CORTES,** | 1:18-cv-01355-LJO-JLT |
| **Plaintiff,** | **ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR PLAINTIFF AND CLOSE CASE** |
| v. | |
| **KERN COUNTY SUPERINTENDENT OF SCHOOLS, VALLEY OAKS CHARTER SCHOOL - TEHACHAPI,** | |
| **Defendant.** | |

In light of the Court's August 26, 2019 Memorandum Decision and Order granting in part and denying in part Plaintiff's motion for attorney's fees and costs (ECF No. 22), the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant and to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: __**August 27, 2019**__ _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE